NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY MIDDLETON,        )
        )
        Appellant,        )
        )
v.        )        Case No. 2D17-2723
        )
STATE OF FLORIDA,        )
        )
        Appellee.        )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

Anthony Middleton, pro se.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and KELLY and KHOUZAM, JJ., Concur.